DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOWN OF SOUTHWEST RANCHES,**
Appellant,

v.

**CITY OF PEMBROKE PINES,**
Appellee.

No. 4D22-760

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE15-008766.

Susan E. Trench of Susan E. Trench, P.A., Miami, and Payton Poliakoff of Government Law Group, PLLC, Fort Lauderdale, for appellant.

Christopher J. Stearns and E. Bruce Johnson of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***